**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Pimm et al. v. United Airlines,     Case Number:   1:25-cv-15581
Inc. et al.

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print):  Ruben R. Chapa

Firm:    Schlichter Bogard LLC

Street address:      33 North Dearborn Street, Ste. 1170

City/State/Zip:    Chicago, IL 60602

Bar ID Number:  6215869                     Telephone Number:    (630) 919-9301
(See item 3  in instructions)

Email Address: rchapa@uselaws.com

Are you acting as lead counsel in this case?              ☒ Yes      ☐ No

Are you a member of the court's general bar?              ☒ Yes      ☐ No

Are you a member of the court's trial bar?              ☒ Yes      ☐ No

Are you appearing *pro hac vice*?              ☐ Yes      ☒ No

If this case reaches trial, will you act as the trial attorney?      ☒ Yes      ☐ No

If this is a criminal case, check your status.        ☐    Retained Counsel

                                                       ☐    Appointed Counsel
                                                            If appointed counsel, are you a

                                                       ☐ Federal Defender

                                                       ☐ CJA Panel Attorney
_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/23/2025

Attorney signature:      S/ Ruben R. Chapa _____
                         (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023