**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Pimm et al. v. United Airlines,   Case Number:   1:25-cv-15581
Inc. et al.

An appearance is hereby filed by the undersigned as attorney for:
Plaintiffs

Attorney name (type or print):  Alexander L. Braitberg

Firm:    Schlichter Bogard LLC

Street address:      100 S. 4th Street, Ste. 1200

City/State/Zip:    St. Louis, MO 63102

Bar ID Number:  6320350                    Telephone Number:    (314) 621-6115
(See item 3  in instructions)

Email Address: abraitberg@uselaws.com

Are you acting as lead counsel in this case?          ☐ Yes   ☒ No

Are you a member of the court's general bar?          ☒ Yes   ☐ No

Are you a member of the court's trial bar?            ☐ Yes   ☒ No

Are you appearing *pro hac vice*?                     ☐ Yes   ☒ No

If this case reaches trial, will you act as the trial attorney?   ☒ Yes   ☐ No

If this is a criminal case, check your status.    ☐    Retained Counsel

                                                  ☐    Appointed Counsel
                                                       If appointed counsel, are you a

                                                  ☐ Federal Defender

                                                  ☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 12/23/2025

Attorney signature:    S/ Alexander L. Braitberg _____
                       (Use electronic signature if the appearance form is filed electronically.)

Revised  7/19/2023