AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois

| | |
|---|---|
| Matthew Pimm, Maria Wynn, Ramon Reilova, April Glandt, and Carolyn Faith, individually and as representatives of a class of participants | ) ) ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) Civil Action No.  1:25-cv-15581 |
| United Airlines, Inc., Mercer Health & Benefits Administration LLC, and John Does 1-20, | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  United Airlines, Inc.
c/o Registered Agent Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ruben R. Chapa
Schlichter Bogard LLC
33 North Dearborn Street, Ste. 1170
Chicago, IL 60602
rchapa@uselaws.com
(630) 919-9301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

THOMAS G. BRUTON, CLERK

Date:  January 2, 2026

(By) DEPUTY CLERK

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| ClientCaseID: | 116 | 83596 | | CaseReturnDate: | 1/4/26 |

Affidavit of  A PRIVATE INVESTIGATOR

# UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

Case Number **1:25-CV-15581**

I, JOHN  PENNELL

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND LICENSED AS A PRIVATE DETECTIVE (LICENSE # 115.002074) UNDER THE PRIVATE DETECTIVE ACT OF 2004.

## CORPORATE SERVICE

THAT I SERVED THE WITHIN   SUMMONS & COMPLAINT
ON THE WITHIN NAMED  DEFENDANT  UNITED AIRLINES
PERSON SERVED  ALYSSA MARINO, AUTHORIZED AGENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **1/5/26**

That the sex, race and approximate age of the whom I left the   SUMMONS & COMPLAINT
are as follow:

**Sex**   FEMALE  **Race**   WHITE        **Age**   23      **Height**   5'4"        **Build**   135#        **Hair**   BRN

LOCATION OF SERVICE   **801   ADLAI STEVENSON DR.**
**SPRINGFIELD, IL, 62703**

Date Of Service   **1/5/26**                Time of Service   **10:25 AM**

JOHN  PENNELL                          1/5/2026
**A PRIVATE INVESTIGATOR**
PRIVATE DECTECTIVE # 115.002074

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.