**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Matthew Pimm et. al. v.
United Airlines, Inc., et.al.

Case Number: 25-cv-15581

An appearance is hereby filed by the undersigned as attorney for:
United Airlines, Inc.

Attorney name (type or print): E. Michael Rossman

Firm: Jones Day

Street address: 110 N. Wacker Dr., Suite 4800

City/State/Zip: Chicago/Illinois/60606

Bar ID Number: 6329112
(See item 3 in instructions)

Telephone Number: 1.312.269.4305

Email Address: emrossman@jonesday.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you a member of the court's general bar? ☒ Yes ☐ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 01/23/2026

Attorney signature: S/ E. Michael Rossman _____
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023