**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN,

        Plaintiffs,

        v.

UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20,

        Defendants.

Case No. 1:25-cv-15581

## DEFENDANT UNITED AIRLINES, INC.'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant United Airlines, Inc. states the following:

1. United Airlines, Inc. is a wholly-owned subsidiary of United Airlines Holdings, Inc. No other publicly-held corporation owns five percent or more of United Airlines, Inc.'s stock.

2. The following entities are beneficial owners of more than 5% of United Airlines Holdings, Inc.'s outstanding common stock: (1) Capital International Investors; (2) BlackRock, Inc.; (3) PRIMECAP Management Company; and (4) The Vanguard Group.

Dated: January 23, 2026

Respectfully submitted,

*/s/E. Michael Rossman*

Michael J. Gray (#6210880)
E. Michael Rossman (#6329112)
Elsa Andrianifahanana (#6312263)
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 269-4096
mjgray@jonesday.com
emrossman@jonesday.com
eandriani@jonesday.com

*Counsel for United Airlines, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that on January 23 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

By: */s/ Samuel E. Ferguson*
Samuel E. Ferguson, Bar No. 6349189
JONES DAY
110 North Wacker Drive Suite 4800
Chicago, IL 60606
Telephone:+1.312.269.4055
*Counsel for Defendant United Airlines, Inc.*

- 3 -