**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, <br><br>      Plaintiffs, <br><br>      v. <br><br> UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20, <br><br>      Defendants. | Civil Action No.: 1:25-cv-15581 <br><br> Judge Edmond. E. Chang |

**JOINT STIPULATION AND AGREED**
**MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant United Airlines, Inc. ("United"), by and through its undersigned attorneys, and Plaintiffs Matthew Pimm, Maria Wynn, Ramon Reilova, April Glandt, and Carolyn Faith, by and through their undersigned counsel, jointly and respectfully move this Court for an order extending United's time to answer or otherwise plead up to and including March 30, 2026. In support of this Motion, the parties state as follows:

1. Plaintiffs filed their Complaint against United on or about December 23, 2025.

2. United received the Summons and Complaint on or about January 5, 2026.

3. United's Answer or responsive pleading is due on January 26, 2026.

4.      United recently retained the undersigned counsel for this matter and requires time to investigate the allegations of the Complaint and prepare an appropriate answer or other response.

5.      United now seeks an order from this Court extending United's time to Answer or otherwise plead up to and including March 30, 2026.

6.      This is the first request for additional time sought in this action.

7.      This extension is sought in good faith and not for the purposes of delay. No party will be prejudiced by this extension.

8.      The parties have conferred regarding the current deadline for United to file its response, and have agreed to a proposed extension to March 30, 2026, for United to file its answer or responsive pleading, with Plaintiffs to reply, plead, or otherwise respond to Defendants' responsive filing to Plaintiffs' Class Action Complaint on or before June 8, 2026.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court extend the deadline for Defendant United Airlines, Inc. to answer or otherwise plead until March 30, 2026, and that Plaintiffs' deadline to reply, plead, or otherwise respond to Defendants' responsive filing to Plaintiffs' Class Action Complaint be extended to June 8, 2026.

Dated: January 23, 2026

/s/ *Ruben R. Chapa*


Ruben R. Chapa
SCHLICHTER BOGARD LLC
33 North Dearborn Street, Suite 1170
Chicago, IL 60602
(630) 919-9301
rchapa@uselaws.com

Andrew D. Schlichter
Alexander L. Braitberg
Patrick R. Kutz (admission pending)
Kaitlin Minkler
(pro hac vice appearances forthcoming)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
aschlichter@uselaws.com
abraitberg@uselaws.com
pkutz@uselaws.com
kminkler@uselaws.com

*Counsel for Matthew Pimm, et. al.*

Respectfully submitted,

/s/ *E. Michael Rossman*


Michael J. Gray (#6210880)
E. Michael Rossman (#6329112)
Elsa Andrianifahanana (#6312263)
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 269-4096
mjgray@jonesday.com
emrossman@jonesday.com
eandriani@jonesday.com

*Counsel for United Airlines, Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 23, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

By: <u>*/s/ Samuel E. Ferguson*</u>
Samuel E. Ferguson, Bar No. 6349189
sferguson@jonesday.com
JONES DAY
110 North Wacker Drive Suite 4800
Chicago, IL  60606
Telephone:+1.312.269.4055
*Counsel for Defendant United*
*Airlines, Inc.*