**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, | Civil Action No. 1:25-cv-15581 Judge Edmond. E. Chang |
| Plaintiffs, | |
| v. | |
| UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20, | |
| Defendants. | |

An appearance is hereby filed by the undersigned as attorney for:

Defendants Mercer Health & Benefits Administration, LLC, dated January 26, 2026.

Attorney name (type or print):  Stephanie L. Gutwein

Firm:  Faegre Drinker Biddle & Reath LLP

Street address:  300 N. Meridian Street, Suite 2500

City/State/Zip:  Indianapolis, IN 46204

Bar ID Number:         31234-49                    Telephone Number:         317-237-1086
(See item 3  in instructions)

Email Address: stephanie.gutwein@faegredrinker.com

Are you acting as lead counsel in this case?                    X     Yes                    No

Are you a member of the court's general bar?                    X     Yes                    No

Are you a member of the court's trial bar?                            Yes              X  No

Are you appearing *pro hac vice*?                                          Yes              X  No

If this case reaches trial, will you act as the trial attorney?　　X　　Yes　　　No

If this is a criminal case, check your status.　　☐　　Retained Counsel

☐　　Appointed Counsel

If appointed counsel, are you a

☐　Defender

☐　Federal

☐　CJA Panel

☐　Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 26, 2026

Attorney signature: */s/ Stephanie L. Gutwein*
(Use electronic signature if the appearance form is filed electronically.)

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/Stephanie L. Gutwein*