## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN,

Plaintiffs,

v.

UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20,

Defendants.

Civil Action No. 1:25-cv-15581

Judge Edmond. E. Chang

## MERCER HEALTH & BENEFITS ADMINISTRATION, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mercer Health and Benefits Administration, LLC ("Mercer"), by and through its undersigned attorneys, hereby submits its Corporate Disclosure Statement and certifies as follows:

Mercer Health and Benefits Administration LLC is an entity within the Mercer operating company, which is wholly owned by Marsh & McLennan Companies, Inc. ("MMC"), a publicly held corporation. No publicly held corporation owns 10% or more of MMC's stock.

DMS_US.375587488.1

Dated:  January 26, 2026

/s/ Stephanie L. Gutwein
Stephanie L. Gutwein
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
(317) 237-0300
stephanie.gutwein@faegredrinker.com

*Counsel for Defendant Mercer Health and Benefits Administration, LLC*

DMS_US.375587488.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, a copy of the foregoing was filed using the

CM/ECF system, which will effectuate service on all counsel of record.


*/s/Stephanie L. Gutwein*

DMS_US.375587488.1

DMS_US.375587488.1