**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

MATTHEW PIMM, MARIA WYNN, RAMON
REILOVA, APRIL GLANDT, and CAROLYN
FAITH. Individually and as representatives of a
class of participants and beneficiaries on behalf of
the UNITED AIRLINES CONSOLIDATED
WELFARE BENEFIT PLAN,

               Plaintiffs,

        v.

UNITED AIRLINES, INC., MERCER HEALTH &
BENEFITS ADMINISTRATION, LLC, and JOHN
DOES 1-20,

               Defendants.

Civil Action No. 1:25-cv-15581

Judge Edmond. E. Chang

**JOINT STIPULATION AND AGREED**
**MOTION TO EXTEND RESPONSIVE PLEADING DEADLINES**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Mercer Health and Benefits

Administration, LLC ("Mercer"), by and through its undersigned attorneys, and Plaintiffs Matthew

Pimm, Maria Wynn, Ramon Reilova, April Glandt, and Carolyn Faith, by and through their

undersigned counsel, jointly and respectfully move this Court for an order extending Mercer's time

to answer or otherwise plead up to and including March 30, 2026. In support of this Motion, the

parties state as follows:

1.     Plaintiffs filed their Complaint against Mercer on or about December 23, 2025.

2.     Mercer received the Summons and Complaint on or about January 5, 2026.

3.     Mercer's Answer or responsive pleading is due on January 26, 2026.

4.     Mercer recently retained the undersigned counsel for this matter and requires time to investigate the allegations of the Complaint and prepare an appropriate answer or other response.

5.     Mercer now seeks an order from this Court extending United's time to Answer or otherwise plead up to and including March 30, 2026.

6.     This is Mercer's first request for additional time sought in this action.

7.     This extension is sought in good faith and not for the purposes of delay. No party will be prejudiced by this extension.

8.     The parties have conferred regarding the current deadline for Mercer to file its response and have agreed to a proposed extension to March 30, 2026, for Mercer to file its answer or responsive pleading, with Plaintiffs to reply, plead, or otherwise respond to Mercer's responsive filing to Plaintiffs' Class Action Complaint on or before June 8, 2026.

WHEREFORE, for the foregoing reasons, the parties jointly request that the Court extend the deadline for Defendant Mercer Health and Benefits Administration, LLC to answer or otherwise plead until March 30, 2026, and that Plaintiffs' deadline to reply, plead, or otherwise respond to Mercer's responsive filing to Plaintiffs' Class Action Complaint be extended to June 8, 2026.

Dated:  January 26, 2026

Respectfully submitted,


_/s/ Alexander L. Braitberg (with consent)_

_/s/ Stephanie L. Gutwein_


Ruben R. Chapa
SCHLICHTER BOGARD LLC
33 North Dearborn Street, Suite 1170
Chicago, IL 60602
(630) 919-9301
rchapa@uselaws.com

Stephanie L. Gutwein
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
(317) 237-0300
stephanie.gutwein@faegredrinker.com

Andrew D. Schlichter
Alexander L. Braitberg
Patrick R. Kutz (admission pending)
Kaitlin Minkler
(pro hac vice appearances forthcoming)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
aschlichter@uselaws.com
abraitberg@uselaws.com
pkutz@uselaws.com
kminkler@uselaws.com

_Counsel for Defendant Mercer Health and Benefits Administration, LLC_

_Counsel for Matthew Pimm, et. al._

3

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/Stephanie L. Gutwein*