**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, | Civil Action No. 1:25-cv-15581 |
| | Judge Edmond. E. Chang |
| Plaintiffs, | |
| v. | |
| UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20, | |
| Defendants. | |

**<u>NOTICE OF PRESENTMENT</u>**

PLEASE TAKE NOTICE that on Wednesday, January 28, 2026, at 8:30AM, or at a date and time determined by this Court, Defendant Mercer Health and Benefit Administration, LLC's and Plaintiffs' Joint Stipulation and Agreed Motion to Extend Responsive Pleading Deadlines is scheduled for presentment before Judge Edmond E. Chang.

Dated:  January 26, 2026

*/s/ Stephanie L. Gutwein*
Stephanie L. Gutwein
FAEGRE DRINKER BIDDLE & REATH LLP
300 N. Meridian St., Suite 2500
Indianapolis, IN  46204
(317) 237-0300
stephanie.gutwein@faegredrinker.com

*Counsel for Defendant Mercer Health and Benefits Administration, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.


*/s/Stephanie L. Gutwein*