# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN, <br><br> Plaintiffs. <br><br> vs. <br><br> UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No. 1:25-cv-15581 <br><br> Judge Edmond E. Change |

An appearance is hereby filed by the undersigned as attorney for:

Defendant Mercer Health & Benefits Administration, LLC, dated January 27, 2026.

Attorney name: Joshua P. Mahoney

Firm: Faegre Drinker Biddle & Reath LLP

Street address:  320 S. Canal Street, Suite 3300

City/State/Zip: Chicago, IL  60606

Bar ID Number:  6313403                Telephone Number:    312-212-6520
 (See item 3  in instructions)

 Email Address: josh.mahoney@faegredrinker.com

| | | | |
|---|---|---|---|
| Are you acting as lead counsel in this case? | | Yes | X  No |
| Are you a member of the court's general bar? | X  Yes | | No |
| Are you a member of the court's trial bar? | | Yes | X  No |
| Are you appearing *pro hac vice*? | | Yes | X  No |
| If this case reaches trial, will you act as the trial attorney? | | Yes | X  No |

2

If this is a criminal case, check your status. ☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 27, 2026

Attorney signature: _/s/ Joshua P. Mahoney_____
(Use electronic signature if the appearance form is filed electronically.)

2