## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Pimm, et al.

                Plaintiff,

v.

                                        Case No.: 1:25–cv–15581

                                        Honorable Edmond E. Chang

United Airlines, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 27, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: The joint stipulations and agreed extension motions [18], [22] to respond to the complaint are granted, but given the length of the extension, no further extensions will be granted absent extraordinary circumstances. The Defendants shall respond to the complaint by 03/30/2026. To the extent that a response is required, the Plaintiffs shall do so by 06/08/2026 (with the same extraordinary–circumstances caveat). No reply deadline is set right now because it is not clear one will be needed. In any event, the deadline for the joint initial status report, R. 15–1, is extended to 02/27/2026. The parties may skip the discovery section of the report. The tracking status hearing of 02/13/2026 is reset to 03/06/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.