# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Pimm, et al.

                Plaintiff,

v.

                                        Case No.: 1:25–cv–15581
                                        Honorable Edmond E. Chang

United Airlines, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 23, 2026:

       MINUTE entry before the Honorable Edmond E. Chang: James O. Fleckner's and Katherine G. McKenney's motions to appear pro hac vice for Mercer Health & Benefits Administration, LLC [27], [28] are granted. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.