**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN<br><br>Plaintiffs.<br><br>vs.<br><br>UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20,<br><br>Defendants. | Civil Action No. 1:25-cv-15581<br><br>Judge Edmond E. Chang |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Illinois Supreme Court Rule 13(c)(2) and Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Attorney Joshua P. Mahoney, counsel for Defendant Mercer Health & Benefits Administration, LLC ("Defendant Mercer"), brings this motion to respectfully request that this Court grant him leave to withdraw as counsel for Defendant Mercer, and in support of this, states as follows:

1.     Defendant Mercer is currently represented by James O. Fleckner and Katherine G. McKenney of Goodwin Procter LLP, who have previously been admitted in this case and entered their appearance.

2.     Defendant Mercer will continue to be represented by Mr. Fleckner and Ms. McKenney and no longer requires the services of Mr. Mahoney. Accordingly, Mr. Mahoney requests leave to withdraw from representing Defendant Mercer and should be removed from this Court's service list with respect to this civil action.

3.    Because Mr. Fleckner and Ms. McKenney will continue to represent Defendant Mercer, Mr. Mahoney's withdrawal will cause no delay or prejudice to these proceedings.

4.    Notice of this withdrawal was provided to Defendant Mercer, and Defendant Mercer has no objection to this Motion.

WHEREFORE, Attorney Joshua P. Mahoney respectfully requests that this Court grant this Motion for Leave to Withdraw as counsel for Defendant Mercer Health & Benefits Administration, LLP in this case.

Respectfully submitted this 24th day of February, 2026.

FAEGRE DRINKER BIDDLE & REATH LLP


BY: *s/ Joshua P. Mahoney*
Joshua P. Mahoney
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 212-6520
Facsimile: (312)-212-6501
josh.mahoney@faegredrinker.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February24, 2026, a true and correct copy of the foregoing was filed with the court and served through the Court's CM/ECF electronic file and serve system to all counsel of record.

*s/Joshua P. Mahoney*
Joshua P. Mahoney
