## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN <br><br> Plaintiffs. <br><br> vs. <br><br> UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20, <br><br> Defendants. | Civil Action No. 1:25-cv-15581 <br><br> Judge Edmond E. Chang |

PLEASE TAKE NOTICE that on March 2, 2026 at 8:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street Chicago, IL 60604, and then and there present the Motion for Leave to Withdraw of Joshua P. Mahoney, a copy of which was filed electronically with the Court.

Dated: February 24, 2026.

FAEGRE DRINKER BIDDLE & REATH LLP


BY: *s/ Joshua P. Mahoney*
Joshua P. Mahoney
320 South Canal Street, Suite 3300
Chicago, IL 60606
Telephone: (312) 212-6520
Facsimile: (312)-212-6501
josh.mahoney@faegredrinker.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing was filed with the court and served through the Court's CM/ECF electronic file and serve system to all counsel of record.

*s/Joshua P. Mahoney*
Joshua P. Mahoney
