## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MATTHEW PIMM, MARIA WYNN, RAMON REILOVA, APRIL GLANDT, and CAROLYN FAITH. Individually and as representatives of a class of participants and beneficiaries on behalf of the UNITED AIRLINES CONSOLIDATED WELFARE BENEFIT PLAN<br><br>          Plaintiffs.<br><br>vs.<br><br>UNITED AIRLINES, INC., MERCER HEALTH & BENEFITS ADMINISTRATION, LLC, and JOHN DOES 1-20,<br><br>          Defendants. | Civil Action No. 1:25-cv-15581<br><br>Judge Edmond E. Chang |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to Illinois Supreme Court Rule 13(c)(2) and Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Attorney Stephanie L. Gutwein, counsel for Defendant Mercer Health & Benefits Administration, LLC ("Defendant Mercer"), brings this motion to respectfully request that this Court grant her leave to withdraw as counsel for Defendant Mercer, and in support of this, states as follows:

1. Defendant Mercer is currently represented by James O. Fleckner and Katherine G. McKenney of Goodwin Procter LLP, who have previously been admitted in this case and entered their appearance.

2. Defendant Mercer will continue to be represented by Mr. Fleckner and Ms. McKenney and no longer requires the services of Ms. Gutwein. Accordingly, Ms. Gutwein requests leave to withdraw from representing Defendant Mercer and should be removed from this Court's service list with respect to this civil action.

3.    Because Mr. Fleckner and Ms. McKenney will continue to represent Defendant Mercer, Ms. Gutwein's withdrawal will cause no delay or prejudice to these proceedings.

4.    Notice of this withdrawal was provided to Defendant Mercer, and Defendant Mercer has no objection to this Motion.

WHEREFORE, Attorney Stephanie L. Gutwein respectfully requests that this Court grant this Motion for Leave to Withdraw as counsel for Defendant Mercer Health & Benefits Administration, LLP in this case.

Respectfully submitted this 24th day of February, 2026.

FAEGRE DRINKER BIDDLE & REATH LLP

BY: *s/ Stephanie L. Gutwein*
Stephanie L. Gutwein
300 N. Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: 317.237.0300
stephanie.gutwein@faegredrinker.com

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 24, 2026, a true and correct copy of the foregoing was filed with the court and served through the Court's CM/ECF electronic file and serve system to all counsel of record.

*s/Stephanie L. Gutwein*
Stephanie L. Gutwein
