**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- X

MATTHEW PIMM, MARIA WYNN, RAMON :
REILOVA, APRIL GLANDT, and CAROLYN :
FAITH, Individually and as Representatives of a :
Class of Participants and Beneficiaries on Behalf :
of the UNITED AIRLINES CONSOLIDATED :
WELFARE BENEFIT PLAN, :
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:　　Case No.
　　　　　　　Plaintiffs, :　　1:25-cv-15581
　　　　　　　　　　　　　　　　　　:
　　　　　v. :
　　　　　　　　　　　　　　　　　　:
UNITED AIRLINES, INC., MERCER HEALTH :
& BENEFITS ADMINISTRATION, LLC, and :
JOHN DOES 1–20, :
　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants. :
　　　　　　　　　　　　　　　　　　:
---------------------------------------------------------------- X

**DEFENDANTS UNITED AIRLINES, INC. AND MERCER**
**HEALTH AND BENEFITS ADMINISTRATION, LLC'S**
**JOINT UNOPPOSED MOTION FOR EXTENSION OF**
**PAGE LIMIT FOR MOTIONS TO DISMISS**

Pursuant to Local Rule 7.1, Defendants United Airlines, Inc. ("United") and Mercer Health

& Benefits Administration, LLC ("Mercer" and together with United, the "Defendants") hereby

jointly move for leave for United and Mercer to each file a twenty-two-page Memorandum in

Support of their respective Motions to Dismiss the Complaint. In support, the Defendants state as

follows:

1.　　　On December 23, 2025, Plaintiffs filed a putative class action complaint against

United, Mercer, and twenty "John Does." By Order dated January 27, 2026, the Court extended

the Defendants' time to respond to the Complaint until March 30, 2026 [ECF No. 26].

1

2.     Each Defendant plans to file a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).  Per the Court's current case schedule, each Defendant will file their motion on March 30, 2026.

3.     The facts and issues raised in Plaintiffs' Complaint are complex, spanning 244 paragraphs across 47 pages.  The Complaint asserts six counts against the Defendants under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001 *et seq*.

4.     Local Rule 7.1 provides that briefs in support of motions shall not exceed fifteen pages without prior approval of the Court.  To address adequately the legal insufficiency of Plaintiffs' Complaint and to explain each of Defendants' multiple independent bases for dismissing the Complaint, each Defendant anticipates that their Motion to Dismiss will be longer than fifteen pages.

5.     Each Defendant respectfully requests that the Court give leave to file their Memoranda in Support of their Motions to Dismiss, each with an additional seven pages.

6.     Counsel for Defendants have conferred with counsel for Plaintiffs, who do not oppose this Motion.

WHEREFORE, Defendant United and Defendant Mercer each respectfully request that this Court grant this Motion and enter an order providing that United and Mercer may each file a Memorandum in Support of their Motions to Dismiss up to twenty-two total pages in length, and for any other relief to which the Defendants may be entitled.

2

Dated:  March 24, 2026

Respectfully Submitted,

*/s/ Alison V. Douglass*
Alison V. Douglass, *admitted pro hac vice*
James O. Fleckner, *admitted pro hac vice*
Katherine G. McKenney, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
ADouglass@goodwinlaw.com
JFleckner@goodwinlaw.com
KMcKenney@goodwinlaw.com

*Attorneys for Defendant Mercer Health and Benefits Administration, LLC*

*/s/ (with consent)*
Edward Michael Rossman
Jones Day
110 North Wacker Drive, Suit 4800
Chicago, IL 60606
(312) 269-4305
EMRossman@jonesday.com

Elsa Andrianifahanana
Jones Day
77 West Wacker Drive
Chicago, IL 60601
(703) 585-3886
EAndriani@jonesday.com

*Attorney for Defendant United Airlines, Inc.*

3