**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

---------------------------------------------------------------- X

MATTHEW PIMM, MARIA WYNN, RAMON : 
REILOVA, APRIL GLANDT, and CAROLYN : 
FAITH, Individually and as Representatives of a : 
Class of Participants and Beneficiaries on Behalf : 
of the UNITED AIRLINES CONSOLIDATED : 
WELFARE BENEFIT PLAN, : 
: 
           Plaintiffs, : 
: 
      v. : 
: 
UNITED AIRLINES, INC., MERCER HEALTH : 
& BENEFITS ADMINISTRATION, LLC, and : 
JOHN DOES 1–20, : 
: 
           Defendants. : 
:

Case No.
1:25-cv-15581

---------------------------------------------------------------- X

**NOTICE OF JOINT UNOPPOSED MOTION FOR EXTENSION OF**
**PAGE LIMITS AND NOTICE OF PRESENTMENT**

PLEASE TAKE NOTICE that Defendants United Airlines, Inc. ("United") and Mercer Health and Benefits Administration, LLC ("Mercer" and together with United, the "Defendants"), by their undersigned counsel, shall appear on Monday, March 30, 2026, at 8:30 am, or as soon thereafter as they may be heard, before the Honorable Judge Edmond E. Chang in Courtroom 2341 in the United States District Court for the Northern District of Illinois, Eastern Division, located at 219 S. Dearborn Street, Chicago, Illinois. Defendants will present their joint motion for an extension of the page limit for their forthcoming motions to dismiss Plaintiffs' Complaint. Plaintiffs consent to this motion.

Date: March 24, 2026

Respectfully submitted,

*/s/ Alison V. Douglass*
Alison V. Douglass, *admitted pro hac vice*
James O. Fleckner, *admitted pro hac vice*
Katherine G. McKenney, *admitted pro hac vice*
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
(617) 570-1000
ADouglass@goodwinlaw.com
JFleckner@goodwinlaw.com
KMcKenney@goodwinlaw.com

*Attorneys for Defendant Mercer Health and Benefits Administration, LLC*


*/s/ (with consent)*
Edward Michael Rossman
Jones Day
110 North Wacker Drive, Suit 4800
Chicago, IL 60606
(312) 269-4305
EMRossman@jonesday.com

Elsa Andrianifahanana
Jones Day
77 West Wacker Drive
Chicago, IL 60601
(703) 585-3886
EAndriani@jonesday.com

*Attorney for Defendant United Airlines, Inc.*

2