**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

MATTHEW PIMM, MARIA WYNN,
RAMON REILOVA, APRIL GLANDT, and
CAROLYN FAITH, individually and as
representatives of a class of participants and
beneficiaries on behalf of the UNITED
AIRLINES CONSOLIDATED WELFARE
BENEFIT PLAN,

        Plaintiffs,

        v.

UNITED AIRLINES, INC., MERCER
HEALTH & BENEFITS
ADMINISTRATION, LLC, and JOHN
DOES 1–20,

        Defendants.

Civil Action No. 1:25-cv-15581

District Judge Edmond E. Chang

Magistrate Judge Daniel P. McLaughlin

## <u>UNITED AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT</u>

Defendant United Airlines, Inc. ("United") respectfully moves this Court for an order dismissing Plaintiffs Matthew Pimm, Maria Wynn, Ramon Reilova, April Glandt, and Carolyn Faith's Complaint (Dkt. 1) with prejudice.[1] As explained more fully in United's Memorandum of Law in Support of its Motion, Plaintiffs fail in their Complaint to allege concrete facts that, if proven, might establish Article III standing, and their Complaint lacks sufficient factual allegations to state an ERISA claim. For these reasons, this Court should dismiss with prejudice Plaintiffs' claims against United under Fed.R.Civ.P. 12(b)(1) and 12(b)(6).

United respectfully requests oral argument on its Motion to Dismiss.

---

[1] Counsel for United and Counsel for Mercer Health & Benefits Administration, LLC conferred with Plaintiffs' counsel and asked whether Plaintiffs would oppose their respective motions to dismiss. On March 30, 2026, Plaintiffs' counsel Mr. Ruben Chapa indicated that Plaintiffs would oppose both motions.

Dated: March 30, 2026

Respectfully submitted,


/s/ *E. Michael Rossman*

E. Michael Rossman (# 6329112)
emrossman@jonesday.com
Michael J. Gray (# 6210880)
mjgray@jonesday.com
Elsa Andrianifahanana (# 6312263)
eandriani@jonesday.com
JONES DAY
110 North Wacker, Suite 4800
Chicago, IL 60606
Telephone:   (312) 782-3939
Facsimile:    (312) 782-8585


*Attorneys for Defendant United Airlines, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, a copy of the foregoing was filed via the Court's

CM/ECF document filing system, which shall effectuate service on all counsel of record.


/s/ *E. Michael Rossman*
*Counsel for Defendant United Airlines, Inc.*