**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

------------------------------------------------------------- X

MATTHEW PIMM, MARIA WYNN, RAMON : 
REILOVA, APRIL GLANDT, and CAROLYN :
FAITH, Individually and as Representatives of a :
Class of Participants and Beneficiaries on Behalf :
of the UNITED AIRLINES CONSOLIDATED :
WELFARE BENEFIT PLAN, :
                                  :
               Plaintiffs, :
                                  :
               v. :
                                  :
UNITED AIRLINES, INC., MERCER HEALTH :
& BENEFITS ADMINISTRATION, LLC, and :
JOHN DOES 1–20, :
                                  :
               Defendants. :
                                  :

------------------------------------------------------------- X

Case No.
1:25-cv-15581

**JOINT MOTION TO SET A BRIEFING SCHEDULE AND**
**FOR PAGE LIMIT EXTENSION**

Pursuant to Local Rule 7.1, Plaintiffs Matthew Pimm, Maria Wynn, Ramon Reilova, April Glandt and Carolyn Faith ("Plaintiffs"), Defendants United Airlines, Inc. ("United") and Mercer Health & Benefits Administration, LLC ("Mercer" and together with United, the "Defendants") (collectively, the "Parties") hereby jointly move for the Court to set a Motion to Dismiss briefing schedule as detailed below and for leave for all Parties to each file twenty-two pages for their respective Memoranda in Support of their Motions to Dismiss and Opposition. In support, the Parties state as follows:

1. On December 23, 2025, Plaintiffs filed a putative class action complaint against United, Mercer, and twenty "John Does." By Order dated January 27, 2026, the Court extended the Defendants' time to respond to the Complaint until March 30, 2026 [ECF No. 26].

1

2. Each Defendant filed a motion to dismiss Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) on March 30, 2026 [ECF Nos. 42-46].

3. Plaintiffs filed their Amended Complaint on April 20, 2026 [ECF No. 48]. Pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants' responses are currently due on May 4, 2026.

4. The facts and issues raised in Plaintiffs' Amended Complaint are complex, spanning 295 paragraphs across 57 pages. The Amended Complaint asserts six counts against the Defendants under the Employee Retirement Income Security Act (ERISA), 29 U.S.C. §§ 1001 *et seq*.

5. Both Defendants' and Plaintiffs' counsel have scheduling conflicts due to other litigation. The Parties therefore met and conferred and respectfully request that the Court enter the following briefing schedule:

    a. Defendants' Motions to Dismiss due: May 20, 2026

    b. Plaintiffs' Opposition due: July 7, 2026

    c. Defendants' Replies due: July 24, 2026

6. Local Rule 7.1 provides that briefs in support of motions shall not exceed fifteen pages without prior approval of the Court. To address adequately the Parties' arguments, the Parties anticipate that their memoranda will be longer than fifteen pages.

7. The Parties respectfully request that the Court give leave to file their Memoranda in Support of their Motions to Dismiss and Opposition each with an additional seven pages.

8. All Parties consent to this Motion.

WHEREFORE, the Parties respectfully request that this Court grant this Motion and enter an order allowing the briefing schedule and page limit extensions set forth above.

Dated:  April 29, 2026


Respectfully Submitted,

*/s/ Alison V. Douglass*
Alison V. Douglass
James O. Fleckner
Katherine G. McKenney
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Tel: (617) 570-1000
Fax: (617) 523-1231
ADouglass@goodwinlaw.com
JFleckner@goodwinlaw.com
KMcKenney@goodwinlaw.com

*Attorneys for Defendant Mercer Health &*
*Benefits Administration, LLC*


*/s/ E. Michael Rossman* (with permission)
E. Michael Rossman (#6329112)
Michael J. Gray (#6210880)
Elsa Andrianifahanana (#6312263)
JONES DAY
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
(312) 269-4096
mjgray@jonesday.com
emrossman@jonesday.com
eandriani@jonesday.com


*Attorneys for Defendant United Airlines, Inc.*

*/s/ Ruben R. Chapa* (with permission)
Ruben R. Chapa
SCHLICHTER BOGARD LLC
33 North Dearborn Street, Suite 1170
Chicago, IL 60602
(630) 919-9301
(314) 621-5934 (fax)
rchapa@uselaws.com

Andrew D. Schlichter
Alexander L. Braitberg
Patrick R. Kutz
Kaitlin Minkler
Zoë Seaman-Grant
SCHLICHTER BOGARD LLC
100 South Fourth Street, Suite 1200
St. Louis, MO 63102
(314) 621-6115
(314) 621-5934 (fax)
aschlichter@uselaws.com
abraitberg@uselaws.com
pkutz@uselaws.com
kminkler@uselaws.com
zseamangrant@uselaws.com

*Attorneys for Plaintiffs*

3