## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Matthew Pimm, et al.

                    Plaintiff,

v.                                  Case No.: 1:25–cv–15581
                                  Honorable Edmond E. Chang

United Airlines, Inc., et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 1, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) The docket reflects that the Plaintiffs filed a first amended complaint on 04/20/2026. R. 48. This counts as the Plaintiffs' freebie under Civil Rule 15(a)(1)(B). The prior dismissal motions [42], [45] are terminated. (2.) The Defendants' joint motion to set briefing schedule and to use excess pages [49] is granted. The Defendants' motions to dismiss are due on 05/20/2026. The Plaintiffs' combined response is due 07/07/2026. The Defendants' replies are due 07/24/2026. The opening briefs and the response brief may use 7 extra pages. The tracking status hearing of 06/26/2026 is reset to 08/07/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.