## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MATTHEW PIMM, MARIA WYNN,
RAMON REILOVA, APRIL GLANDT, and
CAROLYN FAITH, individually and as
representatives of a class of participants and
beneficiaries on behalf of the UNITED
AIRLINES CONSOLIDATED WELFARE
BENEFIT PLAN,

        Plaintiffs,

      v.

UNITED AIRLINES, INC., MERCER
HEALTH & BENEFITS
ADMINISTRATION, LLC, and JOHN
DOES 1–20,

        Defendants.

Civil Action No. 1:25-cv-15581

District Judge Edmond E. Chang

Magistrate Judge Daniel P. McLaughlin

### UNITED AIRLINES, INC.'S MOTION TO DISMISS
### PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendant United Airlines, Inc. ("United") respectfully moves this Court for an order dismissing Plaintiffs Matthew Pimm, Maria Wynn, Ramon Reilova, April Glandt, and Carolyn Faith's First Amended Complaint (Dkt. 48) with prejudice.[1] As explained more fully in United's Memorandum of Law in Support of its Motion, Plaintiffs fail in their Complaint to allege concrete facts that, if proven, might establish Article III standing, and their Complaint lacks sufficient factual allegations to state an ERISA claim. For these reasons, this Court should dismiss with prejudice Plaintiffs' claims against United under Fed.R.Civ.P. 12(b)(1) and 12(b)(6).

---

[1] Counsel for United and Counsel for Mercer Health & Benefits Administration, LLC conferred with Plaintiffs' counsel and asked whether Plaintiffs would oppose their respective motions to dismiss. On May 19, 2026, Plaintiffs' counsel Mr. Ruben Chapa indicated that Plaintiffs would oppose both motions.

United respectfully requests oral argument on its Motion to Dismiss.

Dated: May 20, 2026                    Respectfully submitted,


                                       /s/  *E. Michael Rossman*
                                       E. Michael Rossman (# 6329112)
                                       emrossman@jonesday.com
                                       Michael J. Gray (# 6210880)
                                       mjgray@jonesday.com
                                       Elsa Andrianifahanana (# 6312263)
                                       eandriani@jonesday.com
                                       JONES DAY
                                       110 North Wacker, Suite 4800
                                       Chicago, IL 60606
                                       Telephone:   (312) 782-3939
                                       Facsimile:    (312) 782-8585


                                       *Attorneys for Defendant United Airlines, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 20, 2026, a copy of the foregoing was filed via the Court's

CM/ECF document filing system, which shall effectuate service on all counsel of record.

/s/ *E. Michael Rossman*
*Counsel for Defendant United Airlines, Inc.*