**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Matthew Pimm, et al.

                  Plaintiff,

v.

                                     Case No.: 1:25–cv–15581

United Airlines, Inc., et al.                          Honorable Edmond E. Chang

                  Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, June 11, 2026:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the motions to stay discovery, R. 57, 59, during the pendency of the dismissal motions, R. 51, 54, and the Plaintiffs' response to the stay motion, R. 52, the stay motions are granted. On a preliminary review of the dismissal motions and the issues presented, and balancing the discovery burden and jurisdiction–based arguments against the Plaintiffs' interests, a stay is warranted. The Defendants of course must engage in a comprehensive litigation hold of relevant records. The Court will review the Plaintiffs' combined response after it is filed on 07/07/2026 to possibly reconsider the stay, but absent further order, discovery is stayed. The tracking status hearing of 06/12/2026 is reset to 07/17/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.